# Third District Court of Appeal

**State of Florida**

Opinion filed October 18, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-220
Lower Tribunal No. 16-405
_____

**A.C., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

A.C., a juvenile, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before ROTHENBERG, C.J., and SUAREZ and SALTER, JJ.

PER CURIAM.

Pursuant to Anders v. California, 386 U.S. 738, 744, this Court deferred ruling on a motion of the public defender to withdraw as counsel for the juvenile

appellant. The appellant was provided with a copy of the public defender's memorandum brief, and allowed a reasonable specified time within which to raise any points in support of his appeal. As the appellant has failed to respond, and after full examination of the proceedings, we conclude that the appeal is wholly frivolous. We thus grant the public defender's motion to withdraw, and the order adjudicating the appellant delinquent is hereby affirmed.